B5 (Official Form 5) (12/07)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY |
| Southern District of Texas | PETITION |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| **Westbury Community Hospital, LLC** | **a Delaware limited liability company, d/b/a Westbury Hospital** |

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)
**27-1823311**

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| **6060 Richmond Avenue, Suite 380**<br>**Houston, TX 77057** | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
**Harris**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**5556 Gasmer Dr., Houston, TX 77035;6600 Hornwood Dr., Houston, TX 77004; 2001 Cedar Bayou, Baytown, TX 77520**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box) | Type of Debtor (Form of Organization) | Nature of Business (Check one box) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## ALLEGATIONS
### (Check applicable boxes)

| | | COURT USE ONLY |
|---|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).

2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor: **Westbury Community Hospital, LLC**

B5 (Official Form 5) (12/07) - Page 2

Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _F.P Bhandara_ , President
Signature of Petitioner or Representative (State title)

5556 Gasmer, LP                                 4/25/11
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Feroze Bhandara / President
6060 Richmond, Suite 380
Houston, TX 77057

X _Edward L. Rothberg_                          4/27/11
Signature of Attorney                           Date

Edward L. Rothberg
Name of Attorney Firm (If any)

Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
Address
Telephone No.    713.977.8686

---

X _F.P Bhandara_ , Trustee
Signature of Petitioner or Representative (State title)

Bhandara Family Revocable Living Trust          4/25/11
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Feroze Bhandara, Trustee
6060 Richmond Avenue, Suite 380
Houston, TX 77057

X _Edward L. Rothberg_                          4/27/11
Signature of Attorney                           Date

Edward L. Rothberg
Name of Attorney Firm (If any)

Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
Address
Telephone No.    713.977.8686

---

X _Bidulfo Montoya_
Signature of Petitioner or Representative (State title)

Bidulfo Montoya                                 4/25/11
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Bidulfo Montoya / Owner
d/b/a Lucy's Commerical Services
16926 Judy Leigh Drive
Houston, TX 77084

X _Edward L. Rothberg_                          4/27/11
Signature of Attorney                           Date

Edward L. Rothberg
Name of Attorney Firm (If any)

Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
Address
Telephone No.    713.977.8686

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 5556 Gasmer, LP<br>6060 Richmond, Suite 380<br>Houston, TX 77057 | Past due rent for approximately 100,508 square feet in the building located at 5556 Gasmer Drive, Houston, TX 77081 | 210,000.00 |
| Bhandara Family Revocable Living Trust<br>6060 Richmond Avenue, Suite 380<br>Houston, TX 77057 | Past due rent for approx. 27,046 sq.ft., Suites 6612, 6614, 6620, 6636, 6648 and 6656 Hornwood Drive, Houston, TX | 81,138.00 |
| Bidulfo Montoya<br>d/b/a Lucy's Commerical Services<br>16926 Judy Leigh Drive<br>Houston, TX 77084 | Construction | 6,020.00 |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|
| | 440,489.89 |

1     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor  Westbury Community Hospital, LLC

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Reena C Puri_

Signature of Petitioner or Representative (State title)

Sehgal & Sons Enterprises, L.P.

Name of Petitioner

4/26/2011

Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Kunal Puri/ Vice-President
Sehgal & Sons Enterprises
d/b/a Ultra Building Services
10501 Corporate Drive
Stafford, TX 77477

x _Edward L Rothberg with permission_

Signature of Attorney

Date 4/27/11

Edward L. Rothberg

Name of Attorney Firm (If any)

Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057

Address

Telephone No.   713.977.8686

---

x _JBaltha___

Signature of Petitioner or Representative (State title)

HDK Enterprises, Inc. dba Southside LTC Pharmacy

Name of Petitioner

4/26/11

Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Harish Katharani/ President
7700 Main Street, Suite 200
Houston, TX 77030

x _Edward L. Rothberg with permission_

Signature of Attorney

Date 4/27/11

Edward L. Rothberg

Name of Attorney Firm (If any)

Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057

Address

Telephone No.   713.977.8686

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sehgal & Sons Enterprises, L.P. d/b/a Ultra Building Services 10501 Corporate Drive Stafford, TX 77477 | Janitorial/Floor Maintenance Service | 7,094.56 |
| HDK Enterprises, Inc. dba Southside LTC 7700 Main Street, Suite 200 Pharmacy Houston, TX 77030 | Pharmacist salary, pharmacist techs salary, and pharmaceuticals dispensed at Westbury Community Hospital | $136,237.33 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
440,489.89

1 of 1 continuation sheets attached