Form B 250E (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of _____Texas_____

In re  Westbury Community Hospital, LLC ,  )   Case No. ___11-33626___
         Debtor*                                                )
                                                                      )   Chapter __11__
                                                                      )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

     A petition under title 11, United States Code was filed against you in this bankruptcy court on ___April 27, 2011___ (date), requesting an order for relief under chapter __11__ of the Bankruptcy Code (title 11 of the United States Code).

     YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons.  A copy of the petition is attached.

Address of the clerk:
U.S. Bankruptcy Court
515 Rusk, Fifth Floor
Houston, Texas 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Edward Rothberg
Melissa A. Haselden
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____ (Clerk of the Bankruptcy Court)

Date: _____          By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____
(date), I served this summons and a copy of the involuntary petition on _____
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

    Print Name : _____        _____

    Business Address: _____        _____

        _____