Form B 250E (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re Westbury Community Hospital, LLC,
Debtor*

Case No. 11-33626

Chapter 11

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on April 27, 2011 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
U.S. Bankruptcy Court
515 Rusk, Fifth Floor
Houston, Texas 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Edward Rothberg
Melissa A. Haselden
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

DAVID J. BRADLEY (Clerk of the Bankruptcy Court)

Date: 4/28/11        By: _____

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

    Print Name :         _____

    Business Address:    _____

                         _____